IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL L. TYSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>    Defendant. | 8:13-CV-29<br><br><br>MEMORANDUM AND ORDER |

   This matter is before the Court upon the plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) (filing 34). In a previous order, the Court awarded the plaintiff fees and expenses in the amount of $6,328.90 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Filing 32. Now before the Court is the plaintiff's motion for $4,212.50 in attorney fees pursuant to 42 U.S.C. § 406(b). The defendant has no objection to the awarding of fees and expenses in that, which represents 25 percent of the plaintiff's award of past due benefits, provided that the plaintiff's counsel refunds the lesser of the two fee awards to the plaintiff. Filing 37. Plaintiff's counsel has agreed to do so, and the plaintiff herself does not object. Filing 35 at 5; filing 36 at 15.

   The Court, being fully advised in the premises, finds that the amount of fees requested is fair and reasonable. Accordingly, the Court will grant the plaintiff's motion and award the requested fees. The Court will further direct the plaintiff's counsel to refund the smaller fee award to the plaintiff, and authorized counsel to transfer the amount of the previous fee award from her trust account as payment for services rendered.

   IT IS ORDERED:

1. The plaintiff's Motion for Attorney Fees Under 42 U.S.C. § 406(b) (filing 34) is granted.

2. By separate document, the Court shall enter judgment for plaintiff and against defendant providing that plaintiff is awarded attorney fees of $4,212.50.

3. The plaintiff's counsel is directed to refund the fee award of $4,212.50, once received, to the plaintiff.

4. The plaintiff's counsel may now transfer the previously-awarded fees of $6,328.90 to herself as payment for her services in this case.

Dated this 4th day of November, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge